Joshua G. Simon, Bar No. 264714
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
jsimon@calljensen.com

Attorneys for Petitioner, LUIS RICARDO CHAPA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RICARDO CHAPA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF FCI VICTORVILLE MEDIUM II, FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Case No. 5-23-CV-01697<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br><br>Complaint Filed:  None Set<br>Trial Date:  None Set |

CHA28-01:3721630_1:8-21-23

Petitioner Luis Ricardo Chapa, register number 65215-280, ("Petitioner") respectfully petitions this Honorable Court to issue a Writ of Habeas Corpus Ad Testificandum pursuant to 28 U.S.C. § 2241 to secure his testimony in Cause No. DC-22-154, Lauro Chapa, Sr. v. Luis Ricardo Chapa, pending in the 229th Judicial District Court of Duval County, Texas ("the Texas lawsuit").

1. Petitioner presently is confined in FCI Victorville Medium II, 13777 Air Expressway Boulevard, Victorville, California 92394, where he is in the custody of the Warden.

2. Petitioner is a defendant in the Texas lawsuit, which has been set for trial in February 2024, with discovery set to close in November 2023.

3. Petitioner's testimony is both material and necessary in the Texas lawsuit, as he is the only defendant in this real property dispute and the only witness with personal knowledge as to the defenses and counterclaims he has asserted therein. Absent his testimony, which may be recorded and used at trial, Petitioner will be deprived of any meaningful opportunity to litigate the claims and counterclaims at issue in the Texas lawsuit in violation of his due process rights afforded by the United States Constitution.

4. Upon being advised of the discovery deadlines that govern the Texas litigation, Petitioner's counsel in that litigation contacted the Petition's counselor at FCI Victorville Medium II to request arrangements for a deposition of Petitioner at the Victorville facility. Petitioner's counsel, however, was advised that insufficient resources existed at FCI Victorville Medium II in order to accommodate any deposition—either videotaped or in-person—of Petitioner at the Victorville facility. Instead, counsel was advised that, if a deposition was going to be allowed, it would need to occur with the authority of this Honorable Court at a different location.

5. Given the necessary and material nature of Petitioner's testimony in the Texas lawsuit, and the reality that his testimony cannot be secured at FCI Victorville Medium II, Petitioner respectfully requests that at Writ of Habeas Corpus Ad

1   Testificandum issue, under the seal of this Honorable Court, commanding the Warden
2   to produce Petitioner at the Bakersfield Federal Courthouse (United States District
3   Court for the Central District of California, Easter District, 3470 Twelfth Street,
4   Riverside, CA 92501) [or a different location as the Court may instruct] on September
5   26, 2023, at 9:00 a.m. (CDT) in order to provide deposition testimony in the Texas
6   lawsuit, which testimony shall be recorded stenographically and by video recording.

      6.   Petitioner submits this Petition only for purposes of securing his testimony in ongoing civil litigation that he did not file, but now is involved as a defendant. In order to protect his right to participate and defend his claims and defenses in that litigation, Petitioner respectfully urges the Court to grant his Petition for Writ of Habeas Corpus ad Testificandum. This Petition has been filed for no other or untoward purpose but is submitted only so that justice may be done.

      WHEREFORE, Petitioner Luis Ricardo Chapa, register number 65215-280, respectfully requests that the Court issue a Writ of Habeas Corpus Ad Testificandum commanding the Warden of FCI Victorville Medium II to produce Petitioner in accordance with the terms of the attached proposed Writ.

Dated:  August 21, 2023       CALL & JENSEN
                                       A Professional Corporation
                                       Joshua G. Simon

                                       By: */s/ Joshua G. Simon*
                                            Joshua G. Simon

                                       Attorneys for Petitioner, LUIS RICARDO CHAPA

