E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BRANDON E. MARTINEZ-JONES (Cal. Bar No. 318749)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7167
    Facsimile: (213) 894-0141
    Email:    brandon.martinez-jones@usdoj.gov

Attorneys for Respondent
WARDEN OF FCI VICTORVILLE MEDIUM II

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RICARDO CHAPA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF FCI VICTORVILLE MEDIUM II, FEDERAL BUREAU OF PRISONS,<br><br>    Respondent. | No. 5:23-CV-1697-CAS-BFM<br><br>STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii); PROPOSED ORDER |

Respondent Warden of FCI Victorville Medium II, Federal Bureau of Prisons, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brandon E. Martinez-Jones, and petitioner Luis Ricardo Chapa, Reg. No. 65215-280 ("Petitioner"), by and through his counsel of record, Joshua G. Simon, hereby stipulate as follows:

1. Petitioner is housed at Federal Correctional Institution Victorville Medium II ("FCI Victorville") in Victorville, California. Petitioner's Petition for Writ of Habeas Corpus Ad Testificandum (Dkt. 1; "Petition") requests that Respondent be ordered to transport

Petitioner from FCI Victorville to the courthouse of the Eastern Division of this Court so that Petitioner may sit for a deposition in a civil case pending in Texas to which Petitioner is a party. See Dkt. 5-1 (Proposed Order on Petition) at 2.

2. Pursuant to an agreement by the parties, on September 27, 2023, Petitioner sat for his deposition at FCI Victorville, and Petitioner's deposition was completed that day. The parties agree that, because Petitioner's deposition has been completed, there is no need for Respondent to produce Petitioner as the Petition requests, and the Petition is therefore moot.

3. Thus, the parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 4, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   */s/ Brandon E. Martinez-Jones*
BRANDON E. MARTINEZ-JONES
Assistant United States Attorney

Attorneys for Respondent
WARDEN OF FCI VICTORVILLE MEDIUM II

Dated: October 4, 2023

   */s/ Joshua G. Simon*
JOSHUA G. SIMON
CALL & JENSEN
Attorneys for Petitioner
LUIS RICARDO CHAPA

**L.R. 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 4, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   */s/ Brandon E. Martinez-Jones*
BRANDON E. MARTINEZ-JONES
Assistant United States Attorney

Attorneys for Respondent
WARDEN OF FCI VICTORVILLE MEDIUM II

3